# 962-15

## ELECTRONIC RECORD

CCA #   09-13-00536-CR          OFFENSE:     Tampering with Governmental Record

STYLE:    Jessica Sekerka Siegel
v. The State of Texas            PUNISHMENT:    4 years community supervision

                                                           COUNTY:     Montgomery

| | |
|---|---|
| TRIAL COURT:    221st District Court | _____ MOTION |
| TRIAL COURT #:    12-03-02754 CR | FOR REHEARING IS: _____ |
| TRIAL COURT JUDGE:   Judge Lisa Benge Michalk | DATE: _____ |
| DISPOSITION:    REVERSED AND RENDERED | JUDGE: _____ |

DATE:      06-24-15

JUSTICE:    CHARLES KREGER      PC   NO    S   YES

PUBLISH:    NO            DNP:   YES

| | |
|---|---|
| CLK RECORD:    02-13-14 | SUPP CLK RECORD: _____ |
| RPT RECORD:    02-27-14 | SUPP RPT RECORD:   05-08-14 |
| STATE BR:    08-25-14 | SUPP BR:   App 04-07-15 |
| APP BR:    06-06-14 | PRO SE BR: _____ |

# 962-15

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD             CCA # _____ PD-0962-15 _____

-----------------

_____ State's _____ Petition        Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

Refused _____                   JUDGE: _____

DATE: _11/25/2015_               SIGNED: _____      PC: _____

JUDGE: _Per Curiam_            PUBLISH: _____      DNP: _____

------------------

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____         _____ ON _____

JUDGE: _____                    JUDGE: _____